# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| | § | |
| CHAMPAIGN BUILDERS SUPPLY COMPANY | § | Case No. 15-23220 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/07/2015 . The undersigned trustee was appointed on 07/07/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    276,750.97

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 20,669.27 |
| Bank service fees | 10,369.35 |
| Other payments to creditors | 685.65 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]            $ | 245,026.70 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 11/27/2015 and the deadline for filing governmental claims was 01/04/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 17,087.55 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 17,087.55 , for a total compensation of $ 17,087.55 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/29/2018          By:/s/Frances Gecker, Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-23220 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | Frances Gecker, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | CHAMPAIGN BUILDERS SUPPLY COMPANY | | | | Date Filed (f) or Converted (c): | 07/07/2015 (f) |
| | | | | | 341(a) Meeting Date: | 08/14/2015 |
| For Period Ending: | 10/29/2018 | | | | Claims Bar Date: | 11/27/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT - First Financial Bank | 107,000.00 | 107,000.00 | | 107,795.50 | FA |
| 2. ACCOUNTS RECEIVABLE - Butts Construction | 11,088.66 | 11,088.66 | | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLE - Felmley - Dickerson Co. | 346.77 | 346.77 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE - Imperial Concrete | 148,226.64 | 148,226.64 | | 0.00 | FA |
| 5. ACCOUNTS RECEIVABLE - JJ Braker & Sons | 1,100.00 | 1,100.00 | | 0.00 | FA |
| 6. ACCOUNTS RECEIVABLE - McShane Construction | 26,906.00 | 26,906.00 | | 26,096.00 | FA |
| 7. ACCOUNTS RECEIVABLE - Mid-Illinois Concrete | 17,045.11 | 17,045.11 | | 0.00 | FA |
| 8. ACCOUNTS RECEIVABLE - Poettiker Construction | 1,652.68 | 1,652.68 | | 0.00 | FA |
| 9. ACCOUNTS RECEIVABLE - Stark Excavating | 28.88 | 28.88 | | 0.00 | FA |
| 10. ACCOUNTS RECEIVABLE - Vee-Jay Cement Construction | 6,182.50 | 6,182.50 | | 0.00 | FA |
| 11. ACCOUNTS RECEIVABLE - Westport Pools | 490.17 | 490.17 | | 0.00 | FA |
| 12. ACCOUNTS RECEIVABLE - Williams Brothers Construction, Inc. | 28,258.50 | 28,258.50 | | 0.00 | FA |
| 13. AUTOMOBILES - 2011 GMC Terrain | 12,500.00 | 12,500.00 | | 5,000.00 | FA |
| 14. AUTOMOBILES - 2007 Lincoln Town Car | 8,000.00 | 8,000.00 | | 8,000.00 | FA |
| 15. LITIGATION - Champaign Builders v. Imperial Concrete, et al. Tri-Star Marketing, Inc., UPS, Busey Bank - Case 12 CH 323 | 0.00 | 40,000.00 | | 40,000.00 | FA |
| 16. LEASE PAYMENTS (u) 30 E. John, LLC Lease Payments. | 0.00 | 0.00 | | 28,200.00 | FA |
| 17. USA v. Neal S. Freeman - Dist. Court Peoria, IL (u) Restitution for case against Mr. Freeman. Embezzeled money from Champaign Builders. Mr. Freeman currently makes monthly payments through the U.S. Government. | 0.00 | 7,000.00 | OA | 6,413.41 | FA |
| 18. SETTLEMENT - BLAGER TRUST (u) | 0.00 | 55,000.00 | | 55,000.00 | FA |
| 19. REFUND - AUTO OWNERS INSURANCE (u) | 0.00 | 0.00 | | 246.06 | FA |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

|  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $368,825.91 | $470,825.91 | $276,750.97 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9-26-18  TRUSTEE HAS FILED AN OBJECTION TO CLAIM NO. 8 TO BE HEAR ON 10/25/18.

7-20-18  TRUSTEE'S ACCOUNTANT MET WITH THE IRS AND RESOLVED PENALTIES, RESULTING IN A $3,120 REDUCTION AND A REFUND OF FUNDS ON DEPOSIT WITH IRS.  TRUSTEE IS NOW AWAITING A REFUND FROM THE IRS AND THEN SUBMIT A FINAL REPORT.

6-28-18  TRUSTEE'S ACCOUNTANT HAS NEGOTIATED A RESOLUTION WITH THE IRS.  THE IRS HAS ALSO REQUESTED AN AUDIT OF 2010 RETURNS (PREPETITION).  MEETING WITH IRS AND ACCOUNTANT IS SCHEDULED FOR 7/18/18.

2-13-18 TRUSTEE HAS DIRECTED HER ACCOUNTANT TO APPEAL AN IRS LEVY FOR PENALTIES AND INTEREST FOR A PREPETITION TAX RETURN AND REQUEST THAT THE IRS FILE A CLAIM IN THE BANKRUPTCY CASE.

Initial Projected Date of Final Report (TFR): 10/01/2016      Current Projected Date of Final Report (TFR): 06/15/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-23220 | Trustee Name: Frances Gecker, Trustee |
| Case Name: CHAMPAIGN BUILDERS SUPPLY COMPANY | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2069 |
| | Checking |
| Taxpayer ID No: XX-XXX0809 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/29/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/27/15 | 1 | Champaign Builders Supply Co.<br>30 East John Street<br>PO Box 1520<br>Champaign, IL 61824-1520 | Bank Account | 1129-000 | $107,795.50 | | $107,795.50 |
| 09/08/15 | | MS. GLORIA BAGER | Purchase of 2 Vehicles | | $13,000.00 | | $120,795.50 |
| | | | Gross Receipts  $13,000.00 | | | | |
| | 13 | | AUTOMOBILES - 2011 GMC Terrain  $5,000.00 | 1129-000 | | | |
| | 14 | | AUTOMOBILES - 2007 Lincoln Town Car  $8,000.00 | 1129-000 | | | |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.84 | $120,769.66 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $169.36 | $120,600.30 |
| 10/20/15 | 16 | 30 E. John LLC OPERATING ACCT. | LEASE PAYMENTS | 1290-000 | $28,200.00 | | $148,800.30 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $195.52 | $148,604.78 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $213.79 | $148,390.99 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $220.62 | $148,170.37 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $220.30 | $147,950.07 |
| 02/15/16 | 5001 | ADAMS-LEVINE<br>370 LEXINGTON AVENUE, SUITE 1101<br>NEW YORK, NEW YORK 10017 | BLANKET BOND NO. 10BSBGR6291 | 2300-000 | | $97.38 | $147,852.69 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | | | Page Subtotals: | | $148,995.50 | $1,142.81 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |   | | |
|---|---|---|---|---|
| Case No: | 15-23220 | Trustee Name: | Frances Gecker, Trustee | |
| Case Name: | CHAMPAIGN BUILDERS SUPPLY COMPANY | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX2069 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX0809 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 10/29/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/03/16 | 15 | UNITED PARCEL SERVICE<br>1335 NORTHMEADOW PARKWAY, SUITE 119<br>ROSWELL, GA  30076-4949 | UPS SETTLEMENT | 1149-000 | $28,362.00 | | $176,214.69 |
| 03/07/16 | 15 | IMPERIAL CONCRETE CO., INC.<br>3612 W. BLOOMINGTON RD.<br>CHAMPAIGN, IL 61822 | SETTLEMENT AGREEMENT | 1149-000 | $2,909.00 | | $179,123.69 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $205.70 | $178,917.99 |
| 03/15/16 | 5002 | Champaign County Recorder Deeds<br>County Government Office<br>1776 E. Washington St.<br>Urbana, IL  61802 | RELEASE OF MECHANICS LIEN FEE | 2990-000 | | $58.00 | $178,859.99 |
| 04/01/16 | 15 | IMPERIAL CONCRETE CO., INC.<br>3612 W. BLOOMINGTON RD.<br>CHAMPAIGN, IL 61822 | SETTLEMENT AGREEMENT | 1149-000 | $2,909.00 | | $181,768.99 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $262.43 | $181,506.56 |
| 04/29/16 | 15 | IMPERIAL CONCRETE CO., INC.<br>3612 W. BLOOMINGTON RD.<br>CHAMPAIGN, IL 61822 | SETTLEMENT AGREEMENT | 1149-000 | $2,909.00 | | $184,415.56 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $261.48 | $184,154.08 |
| 05/13/16 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $100.00 | | $184,254.08 |
| 05/13/16 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $50.00 | | $184,304.08 |
| 05/13/16 | 19 | AUTO-OWNERS INSURANCE<br>LANSING, MICHIGAN  48909 | Cancellation Refund | 1229-000 | $246.06 | | $184,550.14 |
| 06/02/16 | 15 | IMPERIAL CONCRETE CO., INC.<br>3612 W. BLOOMINGTON RD.<br>CHAMPAIGN, IL 61822 | SETTLEMENT AGREEMENT | 1149-000 | $2,911.00 | | $187,461.14 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $274.13 | $187,187.01 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                     Page Subtotals:                                             $40,396.06        $1,061.74

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-23220 | Trustee Name: | Frances Gecker, Trustee | |
| Case Name: | CHAMPAIGN BUILDERS SUPPLY COMPANY | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX2069 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX0809 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 10/29/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/30/16 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $100.00 | | $187,287.01 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $269.19 | $187,017.82 |
| 07/27/16 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $100.00 | | $187,117.82 |
| 07/29/16 | 6 | TITLE SERVICES, INC. Construction Disbursement Escrow Account II 610 E. Roosevelt Road, #100 Wheaton, IL 60187 | ACCOUNTS RECEIVABLE | 1121-000 | $26,096.00 | | $213,213.82 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $281.83 | $212,931.99 |
| 08/29/16 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $100.00 | | $213,031.99 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $316.54 | $212,715.45 |
| 09/13/16 | 18 | PNC BANK - CASHIER'S CHECK REMITTER - LINDSEY W. ELLIOTT | SETTLEMENT AGREEMENT | 1249-000 | $55,000.00 | | $267,715.45 |
| 09/20/16 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $2,061.44 | | $269,776.89 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $354.62 | $269,422.27 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $400.54 | $269,021.73 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $387.06 | $268,634.67 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $399.38 | $268,235.29 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*      Page Subtotals:      $83,457.44      $2,409.16

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 15-23220 | Trustee Name: | Frances Gecker, Trustee |
| Case Name: | CHAMPAIGN BUILDERS SUPPLY COMPANY | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2069 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0809 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/29/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/02/17 | 5003 | INTERNATIONAL SURETIES LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Blanket Bond 2017 | 2300-000 | | $115.36 | $268,119.93 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $398.83 | $267,721.10 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $359.56 | $267,361.54 |
| 03/24/17 | 5004 | United States Treasury INTERNAL REVENUE SERVICE CINCINNATI, OH 45999-0039 | FEIN 37-0640809 FORM 1120S 12/31/2015, Late filing fee with interest | 2810-000 | | $4,885.00 | $262,476.54 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $397.48 | $262,079.06 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $377.55 | $261,701.51 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $389.04 | $261,312.47 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $375.97 | $260,936.50 |
| 07/25/17 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $100.00 | | $261,036.50 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $388.03 | $260,648.47 |
| 08/21/17 | 5005 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | First Interim Fee App - Order dated 8/17/17 | | | $15,391.79 | $245,256.68 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | ($15,265.70) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | ($126.09) | 3420-000 | | | |

| UST Form 101-7-TFR (5/1/2011) *(Page: 8)* | | Page Subtotals: | $100.00 | $23,078.61 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-23220 | Trustee Name: Frances Gecker, Trustee |
| Case Name: CHAMPAIGN BUILDERS SUPPLY COMPANY | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2069 |
| | Checking |
| Taxpayer ID No: XX-XXX0809 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/29/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/17 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $100.00 | | $245,356.68 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $385.31 | $244,971.37 |
| 09/27/17 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $265.35 | | $245,236.72 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $352.54 | $244,884.18 |
| 10/24/17 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $265.35 | | $245,149.53 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $364.16 | $244,785.37 |
| 12/04/17 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $265.35 | | $245,050.72 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $352.19 | $244,698.53 |
| 12/27/17 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $265.35 | | $244,963.88 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $363.82 | $244,600.06 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $363.67 | $244,236.39 |
| 02/12/18 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $265.35 | | $244,501.74 |
| 02/12/18 | 5006 | INTERNATIONAL SURETIES LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Bond No. 016073584 | 2300-000 | | $121.74 | $244,380.00 |
| 02/28/18 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $266.10 | | $244,646.10 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*      Page Subtotals:      $1,692.85      $2,303.43

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 15-23220  
Case Name: CHAMPAIGN BUILDERS SUPPLY COMPANY  
Taxpayer ID No: XX-XXX0809  
For Period Ending: 10/29/2018  

Trustee Name: Frances Gecker, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX2069  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $328.13 | $244,317.97 |
| 03/27/18 | 17 | UNITED STATES TREASURY Kansas City, MO | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $266.10 | | $244,584.07 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $363.29 | $244,220.78 |
| 04/24/18 | 17 | UNITED STATES TREASURY Kansas City, MO | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $266.10 | | $244,486.88 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $351.45 | $244,135.43 |
| 05/21/18 | 17 | UNITED STATES TREASURY Kansas City, MO | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $266.10 | | $244,401.53 |
| 05/21/18 | 17 | UNITED STATES TREASURY Kansas City, MO | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-001 | $266.10 | | $244,667.63 |
| 05/22/18 | 17 | UNITED STATES TREASURY Kansas City, MO | DISTRICT COURT PAYMENT Reversal Duplicate deposit posted in error. | 1249-000 | ($266.10) | | $244,401.53 |
| 06/26/18 | 17 | UNITED STATES TREASURY Kansas City, MO | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $266.10 | | $244,667.63 |
| 07/23/18 | 17 | UNITED STATES TREASURY Kansas City, MO | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $266.10 | | $244,933.73 |
| 08/24/18 | 5007 | UNITED STATES TREASURY INTERNAL REVENUE SERVICE OGDEN, UT 84201-0039 | FEIN 37-0640809 FORM 1120S 12/31/2013 August 20, 2018 Notice | 4300-000 | | $685.65 | $244,248.08 |
| 08/27/18 | 17 | UNITED STATES TREASURY Kansas City, MO | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $266.10 | | $244,514.18 |
| 09/19/18 | 17 | UNITED STATES TREASURY Kansas City, MO | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $266.10 | | $244,780.28 |
| 10/18/18 | 17 | UNITED STATES TREASURY Kansas City, MO | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $246.42 | | $245,026.70 |

COLUMN TOTALS: $276,750.97  $31,724.27

Page Subtotals: $2,109.12  $1,728.52

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

|  |  |  |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $276,750.97 | $31,724.27 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $276,750.97 | $31,724.27 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2069 - Checking | $276,750.97 | $31,724.27 | $245,026.70 |
|  | $276,750.97 | $31,724.27 | $245,026.70 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $276,750.97 |
| Total Gross Receipts: | $276,750.97 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 15-23220  
Debtor Name: CHAMPAIGN BUILDERS SUPPLY COMPANY  
Claims Bar Date: 11/27/2015  

Date: October 29, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3410 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL  60606<br>alasko@adlassoc.com | Administrative | Second and Final Fee App | $0.00 | $7,705.80 | $7,705.80 |
| 100 3410 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL  60606<br>alasko@adlassoc.com | Administrative | First Interim Fee Application | $0.00 | $15,265.70 | $15,265.70 |
| 100 3420 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL  60606<br>alasko@adlassoc.com | Administrative | SECOND AND FINAL EXPENSES | $0.00 | $67.13 | $67.13 |
| 100 3420 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL  60606<br>alasko@adlassoc.com | Administrative | First Interim Fee Application | $0.00 | $126.09 | $126.09 |
| 100 2100 | Frances Gecker<br>FRANKGECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Administrative | | $0.00 | $17,087.55 | $17,087.55 |
| 100 3110 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, Illinois  60654 | Administrative | FIRST AND FINAL FEE APP. | $0.00 | $67,842.50 | $67,842.50 |
| 100 3120 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, Illinois  60654 | Administrative | FIRST AND FINAL EXPENSES. | $0.00 | $380.00 | $380.00 |
| 100 2810 | United States Treasury<br>INTERNAL REVENUE SERVICE<br>CINCINNATI, OH 45999-0039 | Administrative | 2015 - tax return late filing penalty and interest. | $0.00 | $4,885.00 | $4,885.00 |
| 100 2810 | UNITED STATES TREASURY<br>INTERNAL REVENUE SERVICE<br>OGDEN, UT  84201-0039 | Administrative | Balance due on Form 1120S for tax period 12/31/13. | $0.00 | $685.65 | $685.65 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-23220
Debtor Name: CHAMPAIGN BUILDERS SUPPLY COMPANY
Claims Bar Date: 11/27/2015

Date: October 29, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7P 280 5800 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, ILLINOIS 60603 ATTN: BANKRUPTCY UNIT - 10TH FLR. | Priority | | $0.00 | $13,500.20 | $13,500.20 |
| 1 300 7100 | MIDSTATE COLLECTION SOLUTIONS INC.. C/O ARTHUR L. MANN TEPPER & MANN P. C. 507 S BROADWAY AVE. URBANA, IL 61801 | Unsecured | | $0.00 | $22,852.19 | $22,852.19 |
| 2 300 7100 | FORD MOTOR CREDIT COMPANY LLC C/O BLITT AND GAINES 661 GLENN AVE WHEELING, IL 60090 | Unsecured | | $0.00 | $3,630.40 | $3,630.40 |
| 3 300 7100 | LEHIGH CEMENT COMPANY, LLC Laurie & Brennan, LLP Attn: Ryan Hiss 2 North Riverside Dr. Suite #1750 Chicago, IL 60606 | Unsecured | | $0.00 | $534,707.34 | $534,707.34 |
| 4 300 7100 | CENTRAL STATES HEALTH AND WELFARE FUND 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Unsecured | | $0.00 | $38,298.99 | $38,298.99 |
| 5 300 7100 | BERNARD O. HINKLE, JR. C/O R. SCOTT ALSTERDA NIXON PEABODY LLP 70 WEST MADISON, SUITE 3500 CHICAGO, IL 60602 312-977-9235 | Unsecured | | $0.00 | $113,794.69 | $113,794.69 |
| 6 300 7100 | NATIONAL LABOR RELATIONS BOARD REGION 25 575 N PENNSYLVANIA STREET RM 238 INDIANAPOLIS, IN 46204 | Unsecured | | $0.00 | $18,624.00 | $18,624.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-23220  
Debtor Name: CHAMPAIGN BUILDERS SUPPLY COMPANY  
Claims Bar Date: 11/27/2015  
Date: October 29, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7U 300 7100 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, ILLINOIS 60603 ATTN: BANKRUPTCY UNIT - 10TH FLR. | Unsecured | | $0.00 | $220.00 | $220.00 |
| 8 300 7100 | United States Treasury INTERNAL REVENUE SERVICE CINCINNATI, OH 45999-0039 | Unsecured | DISALLOWED - ORDER DATED 10/25/18 | $0.00 | $9,983.50 | $0.00 |
| | Case Totals | | | $0.00 | $869,656.73 | $859,673.23 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-23220
Case Name: CHAMPAIGN BUILDERS SUPPLY COMPANY
Trustee Name: Frances Gecker, Trustee

Balance on hand $ 245,026.70

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 17,087.55 | $ 0.00 | $ 17,087.55 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 67,842.50 | $ 0.00 | $ 67,842.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 380.00 | $ 0.00 | $ 380.00 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 22,971.50 | $ 15,265.70 | $ 7,705.80 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ 193.22 | $ 126.09 | $ 67.13 |
| Other: United States Treasury | $ 4,885.00 | $ 4,885.00 | $ 0.00 |
| Other: UNITED STATES TREASURY | $ 685.65 | $ 685.65 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses   $ 93,082.98

Remaining Balance   $ 151,943.72

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 13,500.20 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7P | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $ 13,500.20 | $ 0.00 | $ 13,500.20 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | | $ 13,500.20 |
| Remaining Balance | | $ 138,443.52 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 732,127.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MIDSTATE COLLECTION SOLUTIONS INC.. | $ 22,852.19 | $ 0.00 | $ 4,321.29 |
| 2 | FORD MOTOR CREDIT COMPANY LLC | $ 3,630.40 | $ 0.00 | $ 686.50 |
| 3 | LEHIGH CEMENT COMPANY, LLC | $ 534,707.34 | $ 0.00 | $ 101,111.84 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | CENTRAL STATES HEALTH AND WELFARE FUND | $ 38,298.99 | $ 0.00 | $ 7,242.24 |
| 5 | BERNARD O. HINKLE, JR. | $ 113,794.69 | $ 0.00 | $ 21,518.29 |
| 6 | NATIONAL LABOR RELATIONS BOARD | $ 18,624.00 | $ 0.00 | $ 3,521.75 |
| 7U | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $ 220.00 | $ 0.00 | $ 41.61 |
| 8 | United States Treasury | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors   $    138,443.52

Remaining Balance   $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE