# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHAMPAIGN BUILDERS SUPPLY CO., | ) | No. 15-23220 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |
| | ) | |
| | ) | **Hearing Date:** December 18, 2018 |
| | ) | **Hearing Time:** 10:00 a.m. |
| | ) | **Room No.:** 613 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **December 18, 2018**, at **10:00 a.m.**, we shall appear before the Honorable Deborah L. Thorne, or such other judge as may be sitting in her stead, in Courtroom 613 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the **Trustee's Application for Compensation and Expenses**.

Dated: November 16, 2018

Respectfully submitted,

By: /s/ *Frances Gecker*
Frances Gecker, Chapter 7 Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)

{CHAMP/001/00055179.DOC/}

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHAMPAIGN BUILDERS SUPPLY CO., | ) | No. 15-23220 |
| | ) | |
| Debtor. | ) | Honorable Deborah L. Thorne |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE Deborah L. Thorne

NOW COMES Frances Gecker, Trustee herein, pursuant to 11 U.S.C. §330, and requests $17,087.55 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

## I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $276,750.97. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $11,337.55 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |

| | |
|---|---|
| TOTAL COMPENSATION | $17,087.55 |

{CHAMP/001/00055179.DOC/}

## II. TRUSTEE'S EXPENSES

None

TOTAL EXPENSES                               $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:  November 16, 2018

                                        Respectfully submitted,

By: /s/ *Frances Gecker*
      Frances Gecker, Chapter 7 Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)