# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| CHAMPAIGN BUILDERS SUPPLY COMPANY | § § § § | Case No. 15-23220 |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 214,419.91                    Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  151,943.72      Claims Discharged
                                                   Without Payment:  603,345.27

Total Expenses of Administration:  124,807.25

---

3) Total gross receipts of $ 276,750.97 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 276,750.97 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 7,594.78 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 124,807.25 | 124,807.25 | 124,807.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 13,500.20 | 13,500.20 | 13,500.20 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 484,296.62 | 742,111.11 | 732,127.61 | 138,443.52 |
| **TOTAL DISBURSEMENTS** | $ 491,891.40 | $ 880,418.56 | $ 870,435.06 | $ 276,750.97 |

   4)  This case was originally filed under chapter 7 on  07/07/2015 .  The case was pending for 45 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  03/07/2019             By:/s/Frances Gecker, Trustee
                                                            Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE - McShane Construction | 1121-000 | 26,096.00 |
| AUTOMOBILES - 2007 Lincoln Town Car | 1129-000 | 8,000.00 |
| AUTOMOBILES - 2011 GMC Terrain | 1129-000 | 5,000.00 |
| CHECKING ACCOUNT - First Financial Bank | 1129-000 | 107,795.50 |
| LITIGATION - Champaign Builders v. Imperial Concrete, et al. | 1149-000 | 40,000.00 |
| REFUND - AUTO OWNERS INSURANCE | 1229-000 | 246.06 |
| SETTLEMENT - BLAGER TRUST | 1249-000 | 55,000.00 |
| USA v. Neal S. Freeman - Dist. Court Peoria, IL | 1249-000 | 6,413.41 |
| LEASE PAYMENTS | 1290-000 | 28,200.00 |
| **TOTAL GROSS RECEIPTS** | | **$276,750.97** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHASE AUTO FINANCE | | 7,594.78 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 7,594.78 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 17,087.55 | 17,087.55 | 17,087.55 |
| ADAMS-LEVINE | 2300-000 | NA | 97.38 | 97.38 | 97.38 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 237.10 | 237.10 | 237.10 |
| Associated Bank | 2600-000 | NA | 10,369.35 | 10,369.35 | 10,369.35 |
| United States Treasury | 2810-000 | NA | 5,570.65 | 5,570.65 | 5,570.65 |
| Champaign County Recorder Deeds | 2990-000 | NA | 58.00 | 58.00 | 58.00 |
| FRANKGECKER LLP | 3110-000 | NA | 67,842.50 | 67,842.50 | 67,842.50 |
| FRANKGECKER LLP | 3120-000 | NA | 380.00 | 380.00 | 380.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO & ASSOCIATES P. C. | 3410-000 | NA | 22,971.50 | 22,971.50 | 22,971.50 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3420-000 | NA | 193.22 | 193.22 | 193.22 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 124,807.25 | $ 124,807.25 | $ 124,807.25 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7P | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | 5800-000 | NA | 13,500.20 | 13,500.20 | 13,500.20 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 13,500.20 | $ 13,500.20 | $ 13,500.20 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | CHAD BECKETT |  | 2,066.40 | NA | NA | 0.00 |
| 5 | BERNARD O. HINKLE, JR. | 7100-000 | 51,121.25 | 113,794.69 | 113,794.69 | 21,518.29 |
| 4 | CENTRAL STATES HEALTH AND WELFARE FUND | 7100-000 | 37,143.99 | 38,298.99 | 38,298.99 | 7,242.24 |
| 2 | FORD MOTOR CREDIT COMPANY LLC | 7100-000 | 3,630.40 | 3,630.40 | 3,630.40 | 686.50 |
| 7U | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | 7100-000 | NA | 220.00 | 220.00 | 41.61 |
| 3 | LEHIGH CEMENT COMPANY, LLC | 7100-000 | 367,482.39 | 534,707.34 | 534,707.34 | 101,111.84 |
| 1 | MIDSTATE COLLECTION SOLUTIONS INC.. | 7100-000 | 22,852.19 | 22,852.19 | 22,852.19 | 4,321.29 |
| 6 | NATIONAL LABOR RELATIONS BOARD | 7100-000 | 0.00 | 18,624.00 | 18,624.00 | 3,521.75 |
| 8 | United States Treasury | 7100-000 | NA | 9,983.50 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 484,296.62 | $ 742,111.11 | $ 732,127.61 | $ 138,443.52 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-23220 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | Frances Gecker, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | CHAMPAIGN BUILDERS SUPPLY COMPANY | | | | Date Filed (f) or Converted (c): | 07/07/2015 (f) |
| | | | | | 341(a) Meeting Date: | 08/14/2015 |
| For Period Ending: | 03/07/2019 | | | | Claims Bar Date: | 11/27/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  CHECKING ACCOUNT - First Financial Bank | 107,000.00 | 107,000.00 | | 107,795.50 | FA |
| 2.  ACCOUNTS RECEIVABLE - Butts Construction | 11,088.66 | 11,088.66 | | 0.00 | FA |
| 3.  ACCOUNTS RECEIVABLE - Felmley - Dickerson Co. | 346.77 | 346.77 | | 0.00 | FA |
| 4.  ACCOUNTS RECEIVABLE - Imperial Concrete | 148,226.64 | 148,226.64 | | 0.00 | FA |
| 5.  ACCOUNTS RECEIVABLE - JJ Braker & Sons | 1,100.00 | 1,100.00 | | 0.00 | FA |
| 6.  ACCOUNTS RECEIVABLE - McShane Construction | 26,906.00 | 26,906.00 | | 26,096.00 | FA |
| 7.  ACCOUNTS RECEIVABLE - Mid-Illinois Concrete | 17,045.11 | 17,045.11 | | 0.00 | FA |
| 8.  ACCOUNTS RECEIVABLE - Poettiker Construction | 1,652.68 | 1,652.68 | | 0.00 | FA |
| 9.  ACCOUNTS RECEIVABLE - Stark Excavating | 28.88 | 28.88 | | 0.00 | FA |
| 10. ACCOUNTS RECEIVABLE - Vee-Jay Cement Construction | 6,182.50 | 6,182.50 | | 0.00 | FA |
| 11. ACCOUNTS RECEIVABLE - Westport Pools | 490.17 | 490.17 | | 0.00 | FA |
| 12. ACCOUNTS RECEIVABLE - Williams Brothers Construction, Inc. | 28,258.50 | 28,258.50 | | 0.00 | FA |
| 13. AUTOMOBILES - 2011 GMC Terrain | 12,500.00 | 12,500.00 | | 5,000.00 | FA |
| 14. AUTOMOBILES - 2007 Lincoln Town Car | 8,000.00 | 8,000.00 | | 8,000.00 | FA |
| 15. LITIGATION - Champaign Builders v. Imperial Concrete, et al. Tri-Star Marketing, Inc., UPS, Busey Bank - Case 12 CH 323 | 0.00 | 40,000.00 | | 40,000.00 | FA |
| 16. LEASE PAYMENTS (u) 30 E. John, LLC Lease Payments. | 0.00 | 0.00 | | 28,200.00 | FA |
| 17. USA v. Neal S. Freeman - Dist. Court Peoria, IL (u) Restitution for case against Mr. Freeman. Embezzeled money from Champaign Builders. Mr. Freeman currently makes monthly payments through the U.S. Government. | 0.00 | 7,000.00 | OA | 6,413.41 | FA |
| 18. SETTLEMENT - BLAGER TRUST (u) | 0.00 | 55,000.00 | | 55,000.00 | FA |
| 19. REFUND - AUTO OWNERS INSURANCE (u) | 0.00 | 0.00 | | 246.06 | FA |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

|  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $368,825.91 | $470,825.91 | $276,750.97 $0.00 |
|  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11-16-18 A FINAL REPORT WAS FILED.

9-26-18 TRUSTEE HAS FILED AN OBJECTION TO CLAIM NO. 8 TO BE HEAR ON 10/25/18.

7-20-18 TRUSTEE'S ACCOUNTANT MET WITH THE IRS AND RESOLVED PENALTIES, RESULTING IN A $3,120 REDUCTION AND A REFUND OF FUNDS ON DEPOSIT WITH IRS. TRUSTEE IS NOW AWAITING A REFUND FROM THE IRS AND THEN SUBMIT A FINAL REPORT.

6-28-18 TRUSTEE'S ACCOUNTANT HAS NEGOTIATED A RESOLUTION WITH THE IRS. THE IRS HAS ALSO REQUESTED AN AUDIT OF 2010 RETURNS (PREPETITION). MEETING WITH IRS AND ACCOUNTANT IS SCHEDULED FOR 7/18/18.

2-13-18 TRUSTEE HAS DIRECTED HER ACCOUNTANT TO APPEAL AN IRS LEVY FOR PENALTIES AND INTEREST FOR A PREPETITION TAX RETURN AND REQUEST THAT THE IRS FILE A CLAIM IN THE BANKRUPTCY CASE.

Initial Projected Date of Final Report (TFR): 10/01/2016     Current Projected Date of Final Report (TFR): 06/15/2018

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-23220 | Trustee Name: Frances Gecker, Trustee |
| Case Name: CHAMPAIGN BUILDERS SUPPLY COMPANY | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2069 |
| | Checking |
| Taxpayer ID No: XX-XXX0809 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/07/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/27/15 | 1 | Champaign Builders Supply Co.<br>30 East John Street<br>PO Box 1520<br>Champaign, IL 61824-1520 | Bank Account | 1129-000 | $107,795.50 | | $107,795.50 |
| 09/08/15 | | MS. GLORIA BAGER | Purchase of 2 Vehicles | | $13,000.00 | | $120,795.50 |
| | | | Gross Receipts $13,000.00 | | | | |
| | 13 | | AUTOMOBILES - 2011 GMC Terrain $5,000.00 | 1129-000 | | | |
| | 14 | | AUTOMOBILES - 2007 Lincoln Town Car $8,000.00 | 1129-000 | | | |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.84 | $120,769.66 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $169.36 | $120,600.30 |
| 10/20/15 | 16 | 30 E. John LLC OPERATING ACCT. | LEASE PAYMENTS | 1290-000 | $28,200.00 | | $148,800.30 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $195.52 | $148,604.78 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $213.79 | $148,390.99 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $220.62 | $148,170.37 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $220.30 | $147,950.07 |
| 02/15/16 | 5001 | ADAMS-LEVINE<br>370 LEXINGTON AVENUE, SUITE 1101<br>NEW YORK, NEW YORK 10017 | BLANKET BOND NO. 10BSBGR6291 | 2300-000 | | $97.38 | $147,852.69 |

Page Subtotals: $148,995.50  $1,142.81

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-23220 | Trustee Name: Frances Gecker, Trustee |
| Case Name: CHAMPAIGN BUILDERS SUPPLY COMPANY | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2069 |
| | Checking |
| Taxpayer ID No: XX-XXX0809 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/07/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/03/16 | 15 | UNITED PARCEL SERVICE<br>1335 NORTHMEADOW PARKWAY, SUITE 119<br>ROSWELL, GA 30076-4949 | UPS SETTLEMENT | 1149-000 | $28,362.00 | | $176,214.69 |
| 03/07/16 | 15 | IMPERIAL CONCRETE CO., INC.<br>3612 W. BLOOMINGTON RD.<br>CHAMPAIGN, IL 61822 | SETTLEMENT AGREEMENT | 1149-000 | $2,909.00 | | $179,123.69 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $205.70 | $178,917.99 |
| 03/15/16 | 5002 | Champaign County Recorder Deeds County Government Office<br>1776 E. Washington St.<br>Urbana, IL 61802 | RELEASE OF MECHANICS LIEN FEE | 2990-000 | | $58.00 | $178,859.99 |
| 04/01/16 | 15 | IMPERIAL CONCRETE CO., INC.<br>3612 W. BLOOMINGTON RD.<br>CHAMPAIGN, IL 61822 | SETTLEMENT AGREEMENT | 1149-000 | $2,909.00 | | $181,768.99 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $262.43 | $181,506.56 |
| 04/29/16 | 15 | IMPERIAL CONCRETE CO., INC.<br>3612 W. BLOOMINGTON RD.<br>CHAMPAIGN, IL 61822 | SETTLEMENT AGREEMENT | 1149-000 | $2,909.00 | | $184,415.56 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $261.48 | $184,154.08 |
| 05/13/16 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $100.00 | | $184,254.08 |
| 05/13/16 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $50.00 | | $184,304.08 |
| 05/13/16 | 19 | AUTO-OWNERS INSURANCE<br>LANSING, MICHIGAN 48909 | Cancellation Refund | 1229-000 | $246.06 | | $184,550.14 |
| 06/02/16 | 15 | IMPERIAL CONCRETE CO., INC.<br>3612 W. BLOOMINGTON RD.<br>CHAMPAIGN, IL 61822 | SETTLEMENT AGREEMENT | 1149-000 | $2,911.00 | | $187,461.14 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $274.13 | $187,187.01 |
| | | | Page Subtotals: | | $40,396.06 | $1,061.74 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-23220 | Trustee Name: Frances Gecker, Trustee |
| Case Name: CHAMPAIGN BUILDERS SUPPLY COMPANY | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2069 |
| | Checking |
| Taxpayer ID No: XX-XXX0809 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/07/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/30/16 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $100.00 | | $187,287.01 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $269.19 | $187,017.82 |
| 07/27/16 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $100.00 | | $187,117.82 |
| 07/29/16 | 6 | TITLE SERVICES, INC. Construction Disbursement Escrow Account II 610 E. Roosevelt Road, #100 Wheaton, IL 60187 | ACCOUNTS RECEIVABLE | 1121-000 | $26,096.00 | | $213,213.82 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $281.83 | $212,931.99 |
| 08/29/16 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $100.00 | | $213,031.99 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $316.54 | $212,715.45 |
| 09/13/16 | 18 | PNC BANK - CASHIER'S CHECK REMITTER - LINDSEY W. ELLIOTT | SETTLEMENT AGREEMENT | 1249-000 | $55,000.00 | | $267,715.45 |
| 09/20/16 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $2,061.44 | | $269,776.89 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $354.62 | $269,422.27 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $400.54 | $269,021.73 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $387.06 | $268,634.67 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $399.38 | $268,235.29 |

Page Subtotals: $83,457.44   $2,409.16

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-23220 | Trustee Name: | Frances Gecker, Trustee |
| --- | --- | --- | --- |
| Case Name: | CHAMPAIGN BUILDERS SUPPLY COMPANY | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2069 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0809 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/07/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/02/17 | 5003 | INTERNATIONAL SURETIES LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Blanket Bond 2017 | 2300-000 | | $115.36 | $268,119.93 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $398.83 | $267,721.10 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $359.56 | $267,361.54 |
| 03/24/17 | 5004 | United States Treasury<br>INTERNAL REVENUE SERVICE<br>CINCINNATI, OH 45999-0039 | FEIN 37-0640809 FORM 1120S 12/31/2015, Late filing fee with interest | 2810-000 | | $4,885.00 | $262,476.54 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $397.48 | $262,079.06 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $377.55 | $261,701.51 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $389.04 | $261,312.47 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $375.97 | $260,936.50 |
| 07/25/17 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $100.00 | | $261,036.50 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $388.03 | $260,648.47 |
| 08/21/17 | 5005 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | First Interim Fee App - Order dated 8/17/17 | | | $15,391.79 | $245,256.68 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | ($15,265.70) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | ($126.09) | 3420-000 | | | |

| | | | Page Subtotals: | | $100.00 | $23,078.61 | |

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-23220 | Trustee Name: | Frances Gecker, Trustee |
| Case Name: CHAMPAIGN BUILDERS SUPPLY COMPANY | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX2069 |
| | | Checking |
| Taxpayer ID No: XX-XXX0809 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 03/07/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/17 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $100.00 | | $245,356.68 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $385.31 | $244,971.37 |
| 09/27/17 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $265.35 | | $245,236.72 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $352.54 | $244,884.18 |
| 10/24/17 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $265.35 | | $245,149.53 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $364.16 | $244,785.37 |
| 12/04/17 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $265.35 | | $245,050.72 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $352.19 | $244,698.53 |
| 12/27/17 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $265.35 | | $244,963.88 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $363.82 | $244,600.06 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $363.67 | $244,236.39 |
| 02/12/18 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $265.35 | | $244,501.74 |
| 02/12/18 | 5006 | INTERNATIONAL SURETIES LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Bond No. 016073584 | 2300-000 | | $121.74 | $244,380.00 |
| 02/28/18 | 17 | UNITED STATES TREASURY | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $266.10 | | $244,646.10 |

| | Page Subtotals: | $1,692.85 | $2,303.43 |
|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-23220  
Case Name: CHAMPAIGN BUILDERS SUPPLY COMPANY  
Taxpayer ID No: XX-XXX0809  
For Period Ending: 03/07/2019  

Trustee Name: Frances Gecker, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX2069  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $328.13 | $244,317.97 |
| 03/27/18 | 17 | UNITED STATES TREASURY Kansas City, MO | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $266.10 | | $244,584.07 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $363.29 | $244,220.78 |
| 04/24/18 | 17 | UNITED STATES TREASURY Kansas City, MO | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $266.10 | | $244,486.88 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $351.45 | $244,135.43 |
| 05/21/18 | 17 | UNITED STATES TREASURY Kansas City, MO | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $266.10 | | $244,401.53 |
| 05/21/18 | 17 | UNITED STATES TREASURY Kansas City, MO | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $266.10 | | $244,667.63 |
| 05/22/18 | 17 | UNITED STATES TREASURY Kansas City, MO | DISTRICT COURT PAYMENT Reversal Duplicate deposit posted in error. | 1249-000 | ($266.10) | | $244,401.53 |
| 06/26/18 | 17 | UNITED STATES TREASURY Kansas City, MO | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $266.10 | | $244,667.63 |
| 07/23/18 | 17 | UNITED STATES TREASURY Kansas City, MO | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $266.10 | | $244,933.73 |
| 08/24/18 | 5007 | UNITED STATES TREASURY INTERNAL REVENUE SERVICE OGDEN, UT 84201-0039 | FEIN 37-0640809 FORM 1120S 12/31/2013 August 20, 2018 Notice | 4300-000 | | $685.65 | $244,248.08 |
| 08/27/18 | 17 | UNITED STATES TREASURY Kansas City, MO | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $266.10 | | $244,514.18 |
| 09/19/18 | 17 | UNITED STATES TREASURY Kansas City, MO | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $266.10 | | $244,780.28 |
| 10/18/18 | 17 | UNITED STATES TREASURY Kansas City, MO | DISTRICT COURT PAYMENT USA v. NEAL S. FREEMAN | 1249-000 | $246.42 | | $245,026.70 |

Page Subtotals: $2,109.12  $1,728.52

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 15-23220 |
| Case Name: | CHAMPAIGN BUILDERS SUPPLY COMPANY |
| Taxpayer ID No: | XX-XXX0809 |
| For Period Ending: | 03/07/2019 |

| | |
|---|---|
| Trustee Name: | Frances Gecker, Trustee |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX2069 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/18 | 5008 | Frances Gecker<br>FRANKGECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. | 2100-000 | | $17,087.55 | $227,939.15 |
| 12/19/18 | 5009 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, Illinois 60654 | Distribution | | | $68,222.50 | $159,716.65 |
| | | FRANKGECKER LLP | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. ($67,842.50) | 3110-000 | | | |
| | | FRANKGECKER LLP | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. ($380.00) | 3120-000 | | | |
| 12/19/18 | 5010 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Distribution | | | $7,772.93 | $151,943.72 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. ($7,705.80) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. ($67.13) | 3420-000 | | | |
| 12/19/18 | 5011 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 SOUTH STATE STREET<br>CHICAGO, ILLINOIS 60603<br>ATTN: BANKRUPTCY UNIT - 10TH FLR. | Distribution | | | $13,541.81 | $138,401.91 |

Page Subtotals: $0.00 $106,624.79

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-23220 | Trustee Name: | Frances Gecker, Trustee |
| Case Name: | CHAMPAIGN BUILDERS SUPPLY COMPANY | Bank Name: | Associated Bank |
|  |  | Account Number/CD#: | XXXXXX2069 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX0809 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/07/2019 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | Final distribution to claim 7 creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. ($13,500.20) | 5800-000 |  |  |  |
|  |  | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | Final distribution to claim 7 creditor account # debtor SS#<debtor ssn masked> representing a payment of 18.91 % per court order. ($41.61) | 7100-000 |  |  |  |
| 12/19/18 | 5012 | MIDSTATE COLLECTION SOLUTIONS INC.. C/O ARTHUR L. MANN TEPPER & MANN P. C. 507 S BROADWAY AVE. URBANA, IL 61801 | Final distribution to claim 1 creditor account # debtor SS#<debtor ssn masked> representing a payment of 18.91 % per court order. | 7100-000 |  | $4,321.29 | $134,080.62 |
| 12/19/18 | 5013 | FORD MOTOR CREDIT COMPANY LLC C/O BLITT AND GAINES 661 GLENN AVE WHEELING, IL 60090 | Final distribution to claim 2 creditor account # debtor SS#<debtor ssn masked> representing a payment of 18.91 % per court order. | 7100-000 |  | $686.50 | $133,394.12 |
| 12/19/18 | 5014 | LEHIGH CEMENT COMPANY, LLC Laurie & Brennan, LLP Attn: Ryan Hiss 2 North Riverside Dr. Suite #1750 Chicago, IL 60606 | Final distribution to claim 3 creditor account # debtor SS#<debtor ssn masked> representing a payment of 18.91 % per court order. | 7100-000 |  | $101,111.84 | $32,282.28 |
| 12/19/18 | 5015 | CENTRAL STATES HEALTH AND WELFARE FUND 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Final distribution to claim 4 creditor account # debtor SS#<debtor ssn masked> representing a payment of 18.91 % per court order. | 7100-000 |  | $7,242.24 | $25,040.04 |
| 12/19/18 | 5016 | BERNARD O. HINKLE, JR. C/O R. SCOTT ALSTERDA NIXON PEABODY LLP 70 WEST MADISON, SUITE 3500 CHICAGO, IL 60602 312-977-9235 | Final distribution to claim 5 creditor account # debtor SS#<debtor ssn masked> representing a payment of 18.91 % per court order. | 7100-000 |  | $21,518.29 | $3,521.75 |

Page Subtotals: $0.00  $134,880.16

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-23220 | Trustee Name: Frances Gecker, Trustee |
| Case Name: CHAMPAIGN BUILDERS SUPPLY COMPANY | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2069 |
| | Checking |
| Taxpayer ID No: XX-XXX0809 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/07/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/18 | 5017 | NATIONAL LABOR RELATIONS BOARD REGION 25  575 N PENNSYLVANIA STREET RM238  INDIANAPOLIS, IN 46204 | Final distribution to claim 6 creditor account # debtor SS#<debtor ssn masked> representing a payment of 18.91 % per court order. | 7100-000 | | $3,521.75 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $276,750.97 | $276,750.97 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $276,750.97 | $276,750.97 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $276,750.97 | $276,750.97 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2069 - Checking | $276,750.97 | $276,750.97 | $0.00 |
| | $276,750.97 | $276,750.97 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $276,750.97 |
| Total Gross Receipts: | $276,750.97 |

Page Subtotals: $0.00 $0.00